THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DOUGLAS SPINK,<br><br>        Defendant. | NO. CR05-0085 RSM<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE AND TRIAL DATE |

THIS MATTER HAVING COME on/or before the undersigned Judge, upon the application of the defendant in this matter for an order continuing the pretrial motions deadline and the trial date, and the court having considered the records and files herein.

THE COURT HAVING FOUND that requiring defendant's counsel to meet the current motions cutoff date and trial date would deny counsel a reasonable time necessary for effective preparation, taking into consideration the exercise of due diligence, and that continuing the dates for pretrial motions and trial on the ground that the "ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial," as permitted by 18 U.S.C. §§ 3161(h)(8)(A) (B)(ii) and (B)(iv).

ORDER GRANTING STIPULATED
MOTION TO CONTINUE PRETRIAL
MOTIONS DEADLINE AND TRIAL
DATE - 1

JEFFREY STEINBORN, PLLC
1800 SEATTLE TOWER
1218 THIRD AVENUE
SEATTLE, WASHINGTON 98101
(206) 622-5117 • FAX: (206) 622-3848

1    IT IS HEREBY ORDERED that the pretrial motions deadline in this matter is

2 continued from APRIL 29, 2005, to JUNE 6, 2005; and the trial date in this matter is

3 continued from MAY 16, 2005 to JULY 11, 2005.

4

5    IT IS FURTHER ORDERED that the period of time from the current trial date of

6 MAY 16, 2005, until JULY 11, 2005, is excluded in calculating the time within which

7 trial must begin under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A).

8

9    DONE IN OPEN COURT this ___3___ day of __May__, 2005.

10

11        /s/ Ricardo S. Martinez
          UNITED STATES DISTRICT JUDGE
12

13                                          Presented by:

14                                          Douglas Spink, represented by:
                                            JEFFREY STEINBORN, PLLC
15                                          s/ Jeffrey Steinborn
                                            WSBA #1938
16                                          1218 Third Avenue, Suite 1800
                                            Seattle, Washington 98101
17                                          Phone 206-622-5117
                                            Fax 206-622-3848
18                                          jsteinborn@surlaw.com

19                                          Approved for entry:

20                                          Plaintiff, USA, represented by:
                                            UNITED STATES ATTORNEY'S OFFICE
21                                          s/Ronald Friedman, per telephonic
                                            authorization
22                                          WSBA #
                                            700 Stewart Street, Suite 5220
23                                          Seattle, Washington 98101
                                            Phone 206-553-7970
24                                          Fax 206-553-0755
                                            Ronald.Friedman@usdoj.gov

ORDER GRANTING STIPULATED           JEFFREY STEINBORN, PLLC
MOTION TO CONTINUE PRETRIAL         1800 SEATTLE TOWER
MOTIONS DEADLINE AND TRIAL          1218 THIRD AVENUE
DATE - 2                            SEATTLE, WASHINGTON 98101
                                    (206) 622-5117 • FAX: (206) 622-3848