```
 1                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
 2

 3    UNITED STATES OF AMERICA,            )
                                           )
 4                              Plaintiff, )  No. CR 05-85 RSM
                                           )
 5                v.                       )  Seattle, Washington
                                           )
 6    DOUGLAS SPINK,                       )
                                           )
 7                              Defendant. )
                                           )
 8

 9      BEFORE THE HONORABLE RICARDO S. MARTINEZ, MAGISTRATE JUDGE

10           REPORTER'S PARTIAL TRANSCRIPT OF PROCEEDINGS

11                       (Remarks by Mr. Friedman)

12                          NOVEMBER 18, 2005

13

14

15    APPEARANCES:

16    For the Plaintiff:          RON FRIEDMAN
                                  SUSAN ROE
17                                Assistant U.S. Attorney

18
      For the Defendant:          JOHN WOLFE
19

20

21

22
      Court Reporter:             Laurene Kelly, RDR, CRR
23                                1010 Fifth Avenue, Room 600
                                  Seattle, WA  98104
24                                (206) 553-1899

25    Proceedings recorded by mechanical stenography, transcript
      produced by computer-aided transcription.


                   WITHOUT REPORTER'S ORIGINAL SIGNATURE
                    THIS TRANSCRIPT IS NOT CERTIFIED
```

1   SEATTLE, WASHINGTON                    FRIDAY, NOVEMBER 18, 2005
2   HON. RICARDO S. MARTINEZ, MAGISTRATE JUDGE           11:00 A.M.
3                           PROCEEDINGS:
4        (Proceedings omitted.)
5           MR. FRIEDMAN:  This matter and the Cornett matter --
6   but this matter in particular has -- I'm turning on a light in
7   the room and it's exposing some conduct that perhaps wasn't
8   illuminated before.  Not that this is the defendant's true
9   intent.  He's just giving us what he knows.  But it was very
10  meaningful to the government.
11          And it's frankly generated a lot of conversation in
12  the legal community, a lot of phone calls that either I
13  received or just chit-chatting with members of the bar in the
14  halls.  And the discussion is good, because the discussion
15  serves as a reminder to all of us that we all have our
16  independent jobs to do, that is, the prosecution and the
17  defense, but we need to make sure that we're all doing our
18  jobs, you know, in an ethical way.
19          And perhaps it's a reminder that, if laws are broken,
20  the United States has an obligation to go forward to develop
21  those cases and to bring charges where charges are appropriate.
22  And that in and of itself is a very meaningful deterrent, and
23  it was assisted very significantly by this defendant.
24       (Proceedings omitted.)
25                             --o0o--

1    I certify that the foregoing is a correct partial
2 transcript from the record of proceedings in the above-entitled
3 matter.
4
5                         \s\ Laurene Kelly
6         This 23rd day of NOVEMBER, 2005.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

WITHOUT REPORTER'S ORIGINAL SIGNATURE
THIS TRANSCRIPT IS NOT CERTIFIED